■ JOHN E. GUNTHER, Respondent, v ANCHOR GLASS CONTAINER CORPORATION, Appellant and Third-Party Plaintiff. MICKNICH ELECTRICAL SYSTEMS, INC., Third-Party Defendant-Appellant. [643 NYS2d 436] —Order unanimously affirmed with costs for reasons stated at Supreme Court, Siragusa, J. (Appeals from Order of Supreme Court, Monroe County, Siragusa, J.—Labor Law.) Present—Denman, P. J., Pine, Fallon, Wesley and Balio, JJ.